# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SEAN SCOTT WALKER,<br><br>            Defendant. | Case No. 3:13-CR-00044-LRH-WGC<br><br>**ORDER APPROVING**<br>STIPULATION TO CONTINUE<br>SENTENCING HEARING<br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for SEAN SCOTT WALKER and CHRISTOPHER CHIOU, Acting United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Imposition of sentence with regard to revocation of supervised release set for September 14, 2021, at 11:00 AM, be vacated and continued to October 21, 2021, at 11:00 AM.

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Walker.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Walker is on bond and agrees to the continuance. Specifically, Mr. Walker was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the first request for continuance of the sentencing hearing.

DATED this 8th day of September, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Lauren D. Gorman<br>LAUREN D. GORMAN<br>Assistant Federal Public Defender<br>Counsel for<br>SEAN SCOTT WALKER | By /s/ Richard Casper<br>RICHARD CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Imposition of sentence with regard to revocation of supervised release currently set for September 14, 2021, at 11:00 AM, be vacated and continued to October 21, 2021, at 11:00 AM.

DATED this 8th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE