UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN SCOTT WALKER,<br><br>　　　　Defendant. | Case No. 3:13-CR-00044-LRH-WGC<br><br>**ORDER APPROVING**<br>STIPULATION TO CONTINUE<br>SENTENCING HEARING<br>(THIRD REQUEST) |

　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for SEAN SCOTT WALKER and CHRISTOPHER CHIOU, Acting United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Imposition of sentence with regard to revocation of supervised release set for November 9, 2021, at 11:00 AM, be vacated and continued to November 30, 2021, at 11:00 AM.

　　　The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Walker.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Walker is on bond and agrees to the continuance. Specifically, Mr. Walker was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the third request for continuance of the sentencing hearing.

DATED this 8th day of November, 2021.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Lauren D. Gorman  
LAUREN D. GORMAN  
Assistant Federal Public Defender  
Counsel for  
SEAN SCOTT WALKER

CHRISTOPHER CHIOU  
Acting United States Attorney

By /s/ Richard Casper  
RICHARD CASPER  
Assistant United States Attorney  
Counsel for the Government

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Imposition of sentence with regard to revocation of supervised release currently set for November 9, 2021, at 11:00 AM, be vacated and continued to November 30, 2021, at 11:00 AM.

DATED this 8th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE